NUMBER 13-01-462-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


LA FAMOSA, INC. , Appellant,


v.


S.K.I., INC., STANLEY KANOFF, AND IRA SCHACTER , Appellees.

____________________________________________________________________


On appeal from the 275th District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Dorsey and Hinojosa

Opinion Per Curiam


Appellant, LA FAMOSA, INC. , perfected an appeal from a judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-3498-98-E(2) . The clerk's record was filed on July 16, 2001 . No reporter's record was
filed . Appellant's brief was due on August 15, 2001. To date, no appellate brief has been received.

When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

On December 17, 2001, appellees filed a motion to dismiss the appeal for want of prosecution. To date, appellant has
failed to respond to appellees' motion.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief,
and appellees' motion to dismiss for want of prosecution, is of the opinion that appellees' motion should be granted.
Appellees' motion to dismiss for want of prosecution is GRANTED, and the appeal is hereby DISMISSED FOR WANT
OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 24th day of January, 2002